# United States District Court

## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| '134 | F5702718 | K. Hazer | 61770 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐ USC ☐ State Code |
|---|---|
| 1147  09/02/24 | 36 CFR 261.16m |

Place of Offense

Cascade Parking Lot

Offense Description: Factual Basis for Charge    HAZMAT ☐

Parked in area not designated

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BENNETT | RICHARD | |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UQ1 1TT | UT | 12 | Honda Odyssey | | grey |

APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50    Forfeiture Amount
      + $30    Processing Fee

**PAY THIS AMOUNT AT →**    $ 60    **Total Collateral Due**
www.cvb.uscourts.gov

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5702718*

FS-5300-4 (7/2022)

Previous edition is obsolete

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
          Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
          Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident